**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor child, | ) | |
| by and through her next friends, | ) | |
| MARY DOE and JOHN DOE; | ) | |
| | ) | Civil Action No. 6:23-cv-00566-ADA-JCM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LORENA INDEPENDENT SCHOOL | ) | |
| DISTRICT, and APRIL JEWELL; | ) | |
| | ) | |
| Defendants, | ) | |

**LOCAL RULE CV-7(G) CERTIFICATION ON**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION**
**TO DEFENDANT LORENA INDEPENDENT SCHOOL DISTRICT'S**
**MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule CV-7(G) and this Court's instruction, Plaintiff's counsel sought to

confer with counsel for Defendant Lorena Independent School District ("LISD") as to whether it

opposes Plaintiff's Motion for Leave to File Surreply in Opposition to LISD's Motion for Partial

Dismissal of Plaintiff's Complaint ("Motion for Leave"). (Dkt. 25.) Plaintiff's counsel emailed

LISD's counsel of record this morning at 11:09 (Central) and received an out-of-office response

from Meredith Walker. Plaintiff's counsel contacted the personnel identified as able to assist in

Ms. Walker's absence and learned that she was out of the office for oral argument in New

Orleans but would respond as soon as she was able. Plaintiff's counsel, not hearing from Ms.

Walker, again reached out to her and provided her with copies of Plaintiff's Motion for Leave

and Surreply, for ease of review. At the time of filing this Certification, Ms. Walker has not yet

responded to Plaintiff's inquiry. However, Plaintiff understands, based on Ms. Walker's

1

representation in the attached email, that LISD *opposes* the motion given Ms. Walker's inability

to review it at the time. (Ex. 1.)

Dated: October 3, 2023                                    Respectfully submitted,

                                              By: */s/ Monica H. Beck*
        **THE FIERBERG NATIONAL LAW GROUP, PLLC**
        Monica H. Beck*
        Bailor Bell*
        201 East 17th Street
        Traverse City, MI 49684
        (231) 933-0180
        (231) 252-8100 (Facsimile)
        mbeck@tfnlgroup.com
        bbell@tfnlgroup.com
        *Admitted pro hac vice*

        By: /s/ *William W. Johnston*
        William W. Johnston
        State Bar No. 10846700
        **LONCAR LYON JENKINS**
        321 N. Lee Avenue
        Odessa, TX 79761
        (432) 337-4879
        (432) 337-4880 (Facsimile)
        bjohnston@loncarlyonjenkins.com

      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On October 3, 2023, I served all counsel of record in this matter via the Court's electronic filing system.

        /s/ Monica H. Beck

2