# EXHIBIT 1

## Monica Beck

| | |
|---|---|
| **From:** | Monica Beck |
| **Sent:** | Tuesday, October 3, 2023 6:05 PM |
| **To:** | Meredith Walker; Crystal Hernandez |
| **Cc:** | Bailor Bell; Erika Yobbi Klockziem |
| **Subject:** | RE: Doe v. Lorena Independent School District et al |
| **Attachments:** | 25 - PI Motion for Leave to File Surreply in Opp to Def LISD.pdf; 25.1 - Pl. Proposed Surreply in Opp. to Def. LISD MTD.pdf |

Ms. Walker,

Attached are the Motion for Leave to File Surreply and the Surreply, which were filed yesterday. The Surreply is quite short – just five pages.  Will you be able to read and respond by 6:00 p.m.?



**Monica H. Beck**
Managing Legal Counsel

**Phone:** (231) 933-0180
**Fax:** (231) 252-8100
**Email:** mbeck@tfnlgroup.com

201 East 17th Street, Suite A
Traverse City, MI 49684
www.tfnlgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message or any attachment may be confidential and/or privileged, and is intended only for the use of the named recipient. If you are not the named recipient, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies and attachments.

**From:** Meredith Walker <mwalker@wabsa.com>
**Sent:** Tuesday, October 3, 2023 6:01 PM
**To:** Monica Beck <mbeck@tfnlgroup.com>; Crystal Hernandez <chernandez@wabsa.com>
**Cc:** Bailor Bell <bbell@tfnlgroup.com>; Erika Yobbi Klockziem <eyobbi@tfnlgroup.com>
**Subject:** RE: Doe v. Lorena Independent School District et al

As noted in my out-of-office, I am in New Orleans at the Fifth Circuit. I have not had a chance to review the Sur-Reply Brief. But if you need an answer by 5:00 today, we are opposed given my inability to review it at this moment.

Meredith

**From:** Monica Beck <mbeck@tfnlgroup.com>
**Sent:** Tuesday, October 3, 2023 11:09 AM
**To:** Meredith Walker <mwalker@wabsa.com>; Crystal Hernandez <chernandez@wabsa.com>
**Cc:** Bailor Bell <bbell@tfnlgroup.com>; Erika Yobbi Klockziem <eyobbi@tfnlgroup.com>
**Subject:** Doe v. Lorena Independent School District et al

Dear Counsel,

Judge Manske's clerk just contacted Plaintiff's counsel. The Court has directed us to confer with you, pursuant to Local Rule CV-7(G), regarding whether Defendant Lorena Independent School District ("LISD") opposes

Plaintiff's Motion for Leave to File Surreply, which Plaintiff has requested so that she may address arguments made for the first time in LISD's Reply in Support of Its Motion to Dismiss. The Court is requiring Plaintiff to file a Certificate of Conference <u>today</u>. Please advise. If LISD is opposed to Plaintiff's Motion, please provide us a reason for the opposition, so that we may fully comply with the Local Rule.

Best regards,
Monica



**Monica H. Beck**
Managing Legal Counsel

**Phone:** (231) 933-0180
**Fax:** (231) 252-8100
**Email:** mbeck@tfnlgroup.com

201 East 17th Street, Suite A
Traverse City, MI 49684
www.tfnlgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message or any attachment may be confidential and/or privileged, and is intended only for the use of the named recipient. If you are not the named recipient, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies and attachments.

CONFIDENTIALITY NOTICE: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.